| *Attorney or Party without Attorney:* <br> Joseph S. Grinstein, Esq, <br> SUSMAN GODFREY LLP <br> 1000 LOUISIANA STREET STE 5100 <br> HOUSTON, TX 77002 <br> *Telephone No:* 713-655-5668 <br><br> *Attorney For:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* Finesse v Verizon 016674 | |

*Insert name of Court, and Judicial District and Branch Court:*
USDC Eastern District of Texas, Marshall Division

*Plaintiff:* FINESSE WIRELESS LLC
*Defendant:* CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:21-cv-00064 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosures

3. a. Party served:     CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS
   b. Person served:   Amy McLaren, Intake Specialist, CT Corporation, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   1209 Orange St, Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 25 2021 (2) at: 02:53 PM

6. *Person Who Served Papers:*
   a. John Garber
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/26/21
*(Date)*                          *(Signature)*

PROOF OF SERVICE

5395861
(340019)